UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

LORENZO FOSSELMAN, JR.,

    Plaintiff,

    v.

J. CAROPRESO, J. CELAYA, C. BARROGA, AND V. SOLIS,

    Defendants.

No. C 09-0055 PJH (PR)

**ORDER GRANTING MOTION FOR APPOINTMENT OF COUNSEL, REFERRING CASE TO FEDERAL PRO BONO PROJECT, AND STAYING PROCEEDINGS PENDING APPOINTMENT OF COUNSEL**

This is a civil rights case filed pro se by a state prisoner. The court granted defendants' motion for summary judgment as to defendants Celaya, Barroga, and Solis, and denied it as to defendant Caropreso. The court referred the case to Magistrate Judgment Nador Vadas for mediation; Judge Vadas reports that it did not settle.

Because the case will be tried, the court has determined that counsel should be appointed. The court hereby reconsiders sua sponte its earlier denial of plaintiff's motion for appointment of counsel. His motion (docket # 33) is **GRANTED**.

This case is referred to the Federal Pro Bono Project. The clerk shall forward to the Federal Pro Bono Project: (a) a copy of this order, (b) a copy of the docket sheet, and (c) a copy of the operative complaint and relevant court orders. When the Federal Pro Bono Project reports that an attorney has been located to represent plaintiff, that attorney will be appointed. This case is **STAYED** until four weeks from the date an attorney is appointed to represent plaintiff.

**IT IS SO ORDERED.**

Dated: September 10, 2012.

PHYLLIS J. HAMILTON
United States District Judge

G:\PRO-SE\PJH\CR.09\FOSSELMAN0055.apt aty.wpd