**United States District Court**
For the Northern District of California

1
2
3          UNITED STATES DISTRICT COURT
4          NORTHERN DISTRICT OF CALIFORNIA
5          SAN FRANCISCO DIVISION
6
7    LORENZO FOSSELMAN, JR.,
8                    Plaintiff,              No. C 09-0055 PJH (PR)
9           v.                               **ORDER DESIGNATING COUNSEL**
10   J. CAROPRESO, J. CELAYA, C.
     BARROGA, AND V. SOLIS,
11
12                   Defendants.
     _____/
13
14          The is a civil rights case filed pro se by a prisoner.  On September 10, 2012, the
15   court reconsidered its earlier denial of plaintiff's motion for appointment of counsel, granted
16   the motion, and asked the Federal Pro Bono Project to locate pro bono counsel.  The
17   Project has located volunteer counsel willing to be appointed to represent plaintiff.  Robert
18   Bernard Mullen, of Schiff Hardin LLP, is appointed as counsel for plaintiff for all purposes
19   pursuant to 28 U.S.C. § 1915(e)(1) and the Court's Federal Pro Bono Project guidelines.
20          All proceedings are **STAYED** for four weeks from the date of this order to allow time
21   for Mullen to familiarize himself with the case.
22          **IT IS SO ORDERED**.
23   DATED:  October 23, 2012.        _____
24                                              PHYLLIS J. HAMILTON
                                                United States District Judge
25
26
27
28

G:\PRO-SE\PJH\CR.09\FOSSELMAN0055.name counsel.wpd