UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

LORENZO FOSSELMAN, JR.,

    Plaintiff,

    v.

J. CAROPRESO, J. CELAYA, C. BARROGA, AND V. SOLIS,

    Defendants.

        No. C 09-0055 PJH (PR)

        **ORDER DESIGNATING COUNSEL**

The is a civil rights case filed pro se by a prisoner. On September 10, 2012, the court reconsidered its earlier denial of plaintiff's motion for appointment of counsel, granted the motion, and asked the Federal Pro Bono Project to locate pro bono counsel. The Project has located volunteer counsel willing to be appointed to represent plaintiff. Robert Bernard Mullen, of Schiff Hardin LLP, is appointed as counsel for plaintiff for all purposes pursuant to 28 U.S.C. § 1915(e)(1) and the Court's Federal Pro Bono Project guidelines.

All proceedings are **STAYED** for four weeks from the date of this order to allow time for Mullen to familiarize himself with the case.

**IT IS SO ORDERED**.

DATED: October 23, 2012.

        PHYLLIS J. HAMILTON
        United States District Judge

G:\PRO-SE\PJH\CR.09\FOSSELMAN0055.name counsel.wpd