UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

LORENZO FOSSELMAN, JR.,

    Plaintiff(s),

v.

J. CAROPRESO, et al.,

    Defendant(s).

_____/

No. C 09-0055 PJH (PR)

**ORDER VACATING APPOINTMENT OF COUNSEL**

By order entered October 23, 2012, the court appointed volunteer counsel for plaintiff. However, on the same day, the parties filed a stipulation to dismiss this case with prejudice. After confirming that the stipulation was entered pursuant to a settlement agreement reached before counsel was located and appointed, the court has approved the dismissal. Accordingly, the appointment of counsel is VACATED, the January 31, 2013 date for case management conference is VACATED, and by separate order, this matter is DISMISSED with prejudice.

**IT IS SO ORDERED.**

Dated: October 24, 2012

                                    PHYLLIS J. HAMILTON
                                  United States District Judge