1  KAMALA D. HARRIS
   Attorney General of California
2  DAMON G. MCCLAIN
   Supervising Deputy Attorney General
3  KYLE A. LEWIS
   Deputy Attorney General
4  State Bar No. 201041
    455 Golden Gate Avenue, Suite 11000
5   San Francisco, CA  94102-7004
    Telephone: (415) 703-5500
6   Fax: (415) 703-5843
    E-mail: Kyle.Lewis@doj.ca.gov
7
   *Attorneys for Defendant*
8  *Caropreso*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| LORENZO FOSSELMAN, Jr., <br><br> Plaintiff, <br><br> v. <br><br> J. CAROPRESO, <br><br> Defendants. | C 09-0055 PJH <br><br> **STIPULATION AND [PROPOSED] ORDER OF DISMISSAL** <br><br> Judge:  The Honorable Phyllis J. Hamilton <br><br> Action Filed:  January 7, 2009 |

THE PARTIES TO THE ABOVE-CAPTIONED ACTION, Plaintiff Lorenzo Fosselman and Defendant J. Caropreso, voluntarily stipulate to the dismissal with prejudice of this lawsuit

//

//

1

under Rule 41(a) of the Federal Rules of Civil Procedure, with each party to bear their own attorneys' fees and costs.

Dated: 8·30, 2012

LORENZO FOSSELMAN
CDCR No. P-13462
PLAINTIFF

Dated: 23 October, 2012

KYLE A. LEWIS
Deputy Attorney General
Attorney for Defendant Caropreso

IT IS SO ORDERED.

Dated: 10/24/12

THE HONORABLE HAMILTON
United States District Court

IT IS SO ORDERED
Judge Phyllis J. Hamilton

SF2009202308
20631896.doc

2

Stipulation & [Proposed] Order of Dismissal (C 09-0055 PJH)

# CERTIFICATE OF SERVICE

Case Name:  **L. Fosselman v. J. Caropreso, et al.**          No.  **C 09-0055 PJH**

I hereby certify that on <u>October 23, 2012</u>, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

**Stipulation and [Proposed] Order of Dismissal**

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on <u>October 23, 2012</u>, at San Francisco, California.

| E. Tongol | /s/ *E. Tongol* |
|---|---|
| Declarant | Signature |

20645934.doc